| | | | |
|---|---|---|---|
| Stewart v. Fedex Exp. | 11/17/2015 | 186 WAL (2015) | Denied | Pa.Super., 114 A.3d 424 |
| Wells Fargo Bank, N.A. v. Devicaris | 11/17/2015 | 330, 331 MAL (2015) | Denied | Pa.Super., 120 A.3d 1066 |
| Wicker v. Korman Services, Inc. | 11/17/2015 | 355 MAL (2015) | Denied | Pa.Super., 121 A.3d 1126 |
| Wygant v. General Elec. Co. | 12/01/2015 | 228–230 WAL (2015) | Denied | Pa.Super., 113 A.3d 310 |

| | | | |
|---|---|---|---|
| Feister v. W.C.A.B. (Mellinger Transp., Inc.); Mellinger Transp., Inc., In re | 11/16/2015 | 434, 475 MAL (2015) | Denied |
| Friedman v. W.C.A.B. (Temple University Hosp.); Temple University Hosp., In re | 11/17/2015 | 290 EAL (2015) | Denied |
| Gallagher v. W.C.A.B. (Trib Total Media, Inc.) | 10/29/2015 | 110 WAL (2015) | Denied |
| Haines & Kibblehouse, Inc. v. Department of Transp.; Haines & Kibblehouse, Inc., In re | 11/02/2015 | 216 MAL (2015) | Denied |